ROBERT CHALFANT LAW, P.C
ROBERT CHALFANT, State Bar No. 203051
　13620 Lincoln Way, Suite 325
　Auburn, CA 95603
　Telephone: (916) 647-7728
　Fax: (916) 930-6093
　E-mail: robert@rchalfant.com
*Attorney for Plaintiffs Estate of Jarray Birdon and Kimii Birdon*

ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
　1515 Clay Street, 20th Floor
　P.O. Box 70550
　Oakland, CA 94612-0550
　Telephone: (510) 879-0802
　Fax: (510) 622-2270
　E-mail: Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants State of California, California Dept. of Corrections and Rehabilitation, and L. Patton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JARRAY BIRDON, et al.,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:24-cv-03021 TLN SCR<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT, AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE ORIGINAL COMPLAINT**<br><br>Judge:　　　　The Honorable Troy L. Nunley<br>Trial Date:　　Not Scheduled<br>Action Filed:　November 1, 2024 |

　　　In accordance with Local Rules 143 and 144, Plaintiffs the Estate of Jarray Birdon and

Kimii Birdon ("Plaintiffs") and Defendants L. Patton, California Department of Corrections and

Rehabilitation, the State of California ("Defendants") stipulate and agree that Plaintiffs may file

1

Stip. Granting Pls. Leave File Am. Compl & Ext. Defs.' Time Respond Orig. Compl. &. (2:24-cv-03021 TLN SCR)

an amended complaint on or before January 8, 2025.  The Parties further stipulate that given Plaintiffs' intention to file an amended complaint, the current December 27, 2024 deadline for Defendants to respond to the original complaint is extended to January 13, 2025, and that this deadline will become moot if Plaintiffs file an amended complaint.  The Parties further stipulate that Defendants shall have until January 22, 2025 to respond to any amended complaint that is filed by Plaintiffs on or before January 8, 2025.

Good cause exists for this stipulation because the Parties have met-and-conferred about Defendants' intention to file a motion to dismiss the original complaint, and agree that amendment will likely cure the defects that Defendants intend to raise in a motion to dismiss.  Good cause further exists because counsel for Plaintiffs and Defendants have previously scheduled vacations between December 23, 2024 and January 3, 2025.

This is the second stipulation for an extension of time between the Parties.  The Parties previously stipulated to a twenty-eight day extension of the deadline for Defendants to respond to the original complaint.  (ECF No. 7.)

IT IS SO STIPULATED.

Dated:  December 18, 2024         */S/ Robert Chalfant*
                                  Robert Chalfant
                                  *Attorney for Plaintiffs Estate of Jarray Birdon and Kimii Birdon*

Dated:  December 18, 2024         */S/ Jennifer J. Nygaard*
                                  Jennifer J. Nygaard
                                  Deputy Attorney General
                                  *Attorney for Defendants California Department of Corrections and Rehabilitation, State of California, and L. Patton*

**IT IS SO ORDERED.**

Dated:  December 18, 2024         _____
                                  Troy L. Nunley
                                  Chief United States District Judge

2

Stip. Granting Pls. Leave File Am. Compl & Ext. Defs.' Time Respond Orig. Compl. &. (2:24-cv-03021 TLN SCR)