UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JARRAY BIRDON, et al., | No. 2:24-cv-03021-TLN-SCR |
| Plaintiffs, | |
| v. | ORDER GRANTING LEAVE TO TAKE DEPOSITION |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Defendant Patton filed a motion to take the deposition of Larry James. ECF No. 16. Discovery related motions are referred to the undersigned pursuant to Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1). Defendant Patton moves pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) and (b)(4) for leave to take the deposition of James and states that James attacked Birdon on June 5, 2024, and was a witness to Birdon's declining physical state. ECF No. 16 at 1-2. The parties' Joint Statement states that there is no opposition to the motion and that the parties agree that the Court should issue an order allowing the deposition. ECF No. 18 at 2.

Accordingly, IT IS HEREBY ORDERED:

1. The motion for leave to take the deposition of Larry James (ECF No. 16) is GRANTED.

1

2. Defendant may depose Larry James, CDCR No. BD1408, in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and the deposition may be taken by remote means.

3. The hearing set for November 13, 2025, is VACATED.

SO ORDERED.

DATED: October 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE