IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF JARRAY BIRDON, et al.,** | Case No. 2:24-cv-03021 TLN SCR |
| Plaintiffs, | **[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR LEAVE TO TAKE DEPOSITION OF DEANGELO HOLLEY, AN INCARCERATED PERSON** |
| **v.** | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

The Parties jointly move for leave to take the deposition of Deangelo Holley, an incarcerated person.

For good cause shown, the motion (ECF No. 21) is **GRANTED**. The Parties may depose Deangelo Holley, CDCR No. AR1725, in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means if they choose.

**IT IS SO ORDERED**.

DATED: November 7, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE