Robert Chalfant Law, P.C
Robert Chalfant, State Bar No. 203051
13620 Lincoln Way, Suite 325
Auburn, CA 95603
Telephone: (916) 647-7728
Fax: (916) 930-6093
E-mail: robert@rchalfant.com
*Attorney for Plaintiffs Estate of Jarray Birdon and*
*Kimii Birdon*

ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone: (510) 879-0802
 Fax: (510) 622-2270
 E-mail: Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendant Patton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JARRAY BIRDON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:24-cv-03021 TLN SCR<br><br>**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Judge:         The Honorable Troy L. Nunley<br>Trial Date:    Not Scheduled<br>Action Filed:  November 1, 2024 |

In accordance with Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144, Plaintiffs the Estate of Jarray Birdon and Kimii Birdon and Defendant L. Patton (collectively "the Parties") stipulate and agree that the deadline for the Parties to file their disclosure of expert witnesses set forth in the Initial Pretrial Scheduling Order (ECF No. 3 at 3) shall be modified and extended to May 19, 2026.

1

Good cause exists for this modification of the scheduling order for the following reasons:

1) the Parties timely served expert disclosures on March 23, 2026;

2) depositions of expert witnesses were taken on April 28, 2026 and May 6, 2026;

3) the Parties realized on May 7, 2026, that the scheduling order required them to file expert disclosures with the Court, in addition to serving on each other, no later than sixty days after the close of discovery (March 23, 2026), which neither party had done;

4) the Parties' failure to file expert disclosures was merely an oversight, not intentional;

5) the Parties have completed expert discovery; and

6) no other deadlines in the scheduling order will be affected by modification of the deadline to file expert disclosures.

IT IS SO STIPULATED.

Dated:  May 7, 2026

*/S/ Robert Chalfant*
Robert Chalfant
*Attorney for Plaintiffs Estate of Jarray Birdon and Kimii Birdon*

Dated:  May 7, 2026

*/S/ Jennifer J. Nygaard*
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendant Patton*

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
Troy L. Nunley
Chief United States District Judge

2