Robert Chalfant Law, P.C
Robert Chalfant, State Bar No. 203051
13620 Lincoln Way, Suite 325
Auburn, CA 95603
Telephone: (916) 647-7728
Fax: (916) 930-6093
E-mail: robert@rchalfant.com
*Attorney for Plaintiffs Estate of Jarray Birdon and Kimii Birdon*

ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0802
Fax: (510) 622-2270
E-mail: Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendant Patton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JARRAY BIRDON, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:24-cv-03021 TLN SCR<br><br>**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Judge: The Honorable Troy L. Nunley<br>Trial Date: Not Scheduled<br>Action Filed: November 1, 2024 |

In accordance with Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144, Plaintiffs the Estate of Jarray Birdon and Kimii Birdon and Defendant L. Patton (collectively “the Parties”) stipulate and agree that the deadline to file dispositive motions set forth in the Initial Pretrial Scheduling Order (ECF No. 3 at 3) shall be modified and extended to November 30, 2026.

Good cause exists for this modification of the scheduling order for the following reasons:

1) the Parties have completed fact and expert discovery;
2) the current deadline to file dispositive motions is July 21, 2026, 180 days after the close of fact discovery (ECF No. 3 at 4);
3) the Parties met and conferred on July 2, 2026, about the substance of Defendant's anticipated summary-judgment motion. The Parties also discussed the possibility of participating in a settlement conference before Defendant moves for summary judgment;
4) on July 13, 2026, the Parties agreed to participate in a settlement conference before filing dispositive motions, and discussed magistrate judges whom both Parties are in agreement to have conduct the conference; and
5) on July 14, 2026, the Parties contacted Sujean Park, the Court's ADA and Pro Bono Program Director, about scheduling a settlement conference with the mutually agreed upon magistrate judges. Ms. Park confirmed that Judge Riordan has approved the scheduling of a settlement conference with the proposed magistrates. The Parties and Ms. Park are in the process of selecting a date for the settlement conference.

IT IS SO STIPULATED.

Dated: July 20, 2026

***/S/ Robert Chalfant***
Robert Chalfant
*Attorney for Plaintiffs Estate of Jarray Birdon and Kimii Birdon*

Dated: July 20, 2026

***/S/ Jennifer J. Nygaard***
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendant Patton*

**IT IS SO ORDERED.**

Dated: July 20, 2026

Troy L. Nunley
United States District Judge